*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 10, 2016                521002
_____

In the Matter of JEAN L.
    FRANTZ,
                        Appellant,

        v                                    MEMORANDUM AND ORDER

JOSEPH T. SMITH, as
    Superintendent of
    Shawangunk Correctional
    Facility,
                        Respondent.
_____

Calendar Date:  January 19, 2016

Before:  Peters, P.J., McCarthy, Garry and Clark, JJ.

                    _____


        Jean L. Frantz, Pine City, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (Cahill, J.),
entered March 27, 2015 in Ulster County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of respondent finding
petitioner guilty of violating certain disciplinary rules.

        Petitioner, a prison inmate, commenced this CPLR article 78
proceeding to challenge a tier II disciplinary determination
finding him guilty of refusing a direct order and creating a
disturbance.  Supreme Court dismissed the petition, prompting
this appeal.  The Attorney General has informed this Court that
the determination has been administratively reversed, all
references thereto have been expunged from petitioner's

institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.  In view of this, and given that petitioner has received all the relief to which he is entitled, this appeal has been rendered moot and must be dismissed (see Matter of Lashway v Fischer, 112 AD3d 1172, 1172 [2013]).  Petitioner's request for costs and expenses incurred must be made by way of application to the court of original instance (see CPLR 8601 [b]; Matter of Ferguson v Fischer, 115 AD3d 1105, 1106 [2014]).

Peters, P.J., McCarthy, Garry and Clark, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court